**BRYAN T. DAKE**
**JULIE R. PATTEN**
**Assistant U.S. Attorneys**
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
**2601 Second Ave. North, Suite 3200**
**Billings, MT 59101**
**Phone: (406) 657-6101**
**FAX: (406) 657-6989**
**Email: bryan.dake@usdoj.gov**
**julia.patten@usdoj.gov**

**ATTORNEYS FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**GEOFREDO JAMES LITTLEBIRD, JR.**<br><br>**Defendant.** | **CR 22-149-BLG-SPW**<br><br>**DECLARATION OF PUBLICATION** |

Under 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was advertised on an official government internet site

(www.forfeiture.gov) for at least 30 consecutive days, beginning on December 6, 2024 and ending on January 4, 2025. (*See* Attachment 1.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 13th, 2025 at Billings, Montana.

JESSE A. LASLOVICH
United States Attorney

*/s/ Bryan T. Dake*
*/s/ Julie R. Patten*
Assistant U.S. Attorneys
Attorney for Plaintiff