IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 22-149-BLG-SPW |
|---|---|
| Plaintiff, | |
| | FINAL ORDER OF FORFEITURE |
| vs. | |
| GEOFREDO JAMES LITTLEBIRD JR., | |
| Defendant. | |

WHEREAS, in the indictment in the above-captioned case, the United States sought forfeiture, pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d), of any real or personal property of the defendant used or intended to be used to facilitate, or as proceeds of said violation, as well as any firearms or ammunition involved in the offense;

AND WHEREAS, on November 5, 2024, the defendant entered a plea of guilty to counts 2 and 5 of the superseding indictment, which charged him with possession with intent to distribute methamphetamine and possession of a firearm in furtherance of a drug trafficking offense respectively;

AND WHEREAS, by virtue of said guilty pleas, the United States is entitled to possession of said property, pursuant to 18 U.S.C. § 924(d); 21 U.S.C.

1

§§ 841(a)(1) and 853; and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

AND WHEREAS, beginning on December 6, 2024, and ending on January 4, 2025, the United States published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the United States' intent to dispose of the property listed below in accordance with federal law, under 21 U.S.C. § 853(n)(1):

- A 9mm pistol with an unknown serial number;
- A .45 revolver, SN P02501;
- A Marlin .22 caliber rifle, S/N 10483981;
- A .38 special revolver, S/N CWW8895;
- A Stevens Model 110E series K .270 caliber win rifle, S/N E284691;
- A Smith and Wesson, model SD9VE, 9 mm caliber semi-automatic pistol, SN FDB1271;
- A Smith and Wesson, model M&P-15, 5.56mm, SN TU62778;
- A Remington, model 788, .223-cal, bolt-action hunting rifle, SN B6100710;
- A Smith and Wesson, .38 special revolver, S/N 47360;
- Disassembled partial HiPoint CF380 .380 cal. pistol, S/N P8100965;
- A Smith and Wesson, model 36, .38 caliber special revolver, S/N 5J1188; and
- All firearms accessories and various round of ammunition, including .9mm, .45, 5.56, .38, and .22 caliber.

And whereas, the Court has been advised that no claims have been made in this case regarding the property and the United States is not aware that any such claims have been made;

ACCORDINGLY, IT IS ORDERED as follows:

1. The United States's motion for final order of forfeiture (Doc. 97) is GRANTED;

2. The judgment of forfeiture of the above-described property shall enter in favor of the United States, and all right, title, and interest in the property is condemned, forfeited, and vested in the United States of America for disposition according to applicable law, except that the following firearm shall be returned to the true owner, as identified by the government, Smith & Wesson .38 Special revolver, S/N: 5J1188 shall be returned to Randy James Grow;

3. The Clerk is directed to send copies of this order to all counsel of record and the defendant. The Clerk is further directed to send a copy of this order to the United States Marshal.

DATED this 14th day of February, 2025.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge