David A. Mattingley
DISTEFANO & MATTINGLEY, PLLP
423 1st Ave E, Suite B
PO Box 2341
Kalispell, MT 59903
Phone: (406) 300-2343
david@nwmontanalaw.com

Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEOFREDO JAMES LITTLEBIRD, JR.,<br><br>Defendant. | CR 22-149-BLG-SPW<br><br>**DEFENDANT'S LETTERS IN AID OF SENTENCING** |

GEOFREDO JAMES LITTLEBIRD JR., by and through his counsel of record, DAVID A. MATTINGLEY, hereby submits the attached letters, which are relevant to the sentencing in this matter.

Dated this 3rd day of March, 2025.

GEOFREDO JAMES LITTLEBIRD

By: */s/ David A. Mattingley*
DAVID A. MATTINGLEY
diStefano & Mattingley, PLLP

**CERTIFICATE OF SERVICE**
**L.R. 5.2(b)**

I hereby certify that a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1-2 | CM-ECF |
| ____ | Hand Delivery |
| 3 | Mail |
| ____ | Overnight Delivery Service |
| ____ | E-Mail |

1. Clerk, United States District Court
2. Assistant United States Attorney
3. Defendant

Dated this 3rd day of March 2025.

By: */s/ David A. Mattingley*
DAVID A. MATTINGLEY