Jacklyn Littlebird

Box 253

Lame Deer MT 59043

406-477-6828

Re: US vs Geofredo Littlebird

This letter is regarding Geofredo Littlebird Jr. and his upcoming court sentencing in front of Judge Waters.

My name is Jacklyn Littlebird, I am 60 years old and I reside in Lame Deer MT. I am a grandmother that raises her grandchild.

I am aware that Geofredo has recently pleaded guilty to a felony charge. I understand that his charges are unacceptable and are out of his real character.

I am Geofredo Littlebird Jr's mother. He is my 3rd born child and 2nd born son. He has 4 siblings, 1 sister and 2 brothers. I have been married to my husband for 46 years.

My son has always been a caring young man. He has always gone out of his way to be a protector as a small child. He was always looking for people around him. One of his biggest efforts was to make sure everyone was fed. He would be constantly handing food out to the less fortunate. My son is always helping any way possible. My son provided our family with all his entrepreneurship ideas. My son had a rough life due to my choices, as a parent. I did my best as a young mother to raise my children. We all got caught up in addiction. For many years we all struggled with addiction. Today I am 12 years sober and have a second chance at life. I want my son to be able to experience life with us as a sober citizen. My son is not a bad guy. He was handed down a lifestyle of trauma due to a long family history of Substance Abuse. We did not know how to start to break those chains because as a parent I was taught the same as I taught mt children. I believe everyone deserves a second chance at life.

Thank You for your time in this matter.

Jacklyn Littlebird

*Jacklyn Littlebird*