Deborah Bishop

Box 253

Lame Deer MT 59043

406-477-6828

Re: US vs Geofredo Littlebird

This letter is regarding Geofredo Littlebird Jr. and his upcoming court sentencing in front of Judge Waters.

My name is Deborah Bishop. I am a stay-at-home mother, and I live in Lame Deer, MT

I am aware that Geofredo has recently pleaded guilty to a felony charge.

I have known Geofredo all his life, I am his oldest niece. His only sister Levonna is my mother.

My uncle has always been a good man. He was our protector ever since I could remember. He would teach us many life skills.

I don't know where to begin. My uncle is not a bad guy, he is a helper. You don't come across many people who are helpers. He went out of his way to help when he could, and he did the most. If someone was hungry, he would find ways to help feed them. My uncle taught us that if we didn't have a regular job, we could do all kinds of work. We were starting a wood vending business on our reservation. My uncle would take us to get wood and we would sell to our local people. We would have food sales, do yard work and even work on cars.

My uncle was suffering from drug addiction. I know that it is very prevalent here on our reservation. We all had that problem because that was all we had to fall back on. I know if

my uncle had stable support he would have done better. I know there is always hope for change. That is one thing my mother and grandparents have taught us today. Our family suffered from a long history of Drug addiction. Most recently my mother has been trying to help us gear our life into Sobriety. I have gone to drug treatment, so I know that we finally have that support we need. I know my uncle was willing to change his lifestyle.

Thank You for your time in this matter.

Deborah Bishop