LeVonna Graham

PO Box 402

Lame Deer MT, 59043

406-990-8382

Re: US vs Geofredo Littlebird

This letter is regarding Geofredo Littlebird Jr. and his upcoming court sentencing/hearing in front of Judge Waters.

My name is LeVonna Littlebird-Graham. I am an ACLC and work as a Substance Abuse Counselor at the Northern Cheyenne Recovery Center. I am also the Tribal Opioids Response Coordinator as well as the Wellness Drug Court Liaison for our Recovery Program. I have lived on the Northern Cheyenne Reservation for the past 8 years. I grew up on the Crow Indian reservation and in the City of Billings most of my life.

I am aware that Geofredo has recently pleaded guilty to a felony charge. I know that the charges at hand are unacceptable. I have tried to wrap my head around this whole situation and have not found a reason to believe it is justifiable.

I have known Geofredo all his life, I am his only sister. Geofredo is the third born child from our parents. We do share the same biological parents. Our mother was a young mother having all four of us siblings under the age of 20 years old.

My brother has always had a big heart growing up. He wasn't a bully, but he sure took care of the underdog. My brother was a shy kid until he was around 9 years of age, we had a tough life, but we always stuck together. My brother always had these ideas of helping people and that is what we did. We took his idea and built a concession stand with his help. On Sundays we cook Soup and hand it out to the less fortunate which was pretty much the whole reservation. This was always my brother's biggest dream to establish a restaurant and feed for free every Sunday.

My brother made bads choice but is not a bad person. Recently I have tried to help my brother in re directing his life to Recovery. I am a true believer that people can change. I know that my brother was changing his ways. He was slowly getting away from being stuck in the addict's life world. My brother was an active daily substance user. He surrounded his self around the chaos of the addicts world. My brother struggled with substance abuse

most of his adult life. He spent a good majority of his life in prison because of his addiction. We really had no hope because our life revolved around addiction to the severity of not getting out or getting away from that lifestyle. I became my families hope, being a recovering drug addict myself. I was slowly working with my brother helping him figure out what recovery life was about. It is a process especially when Substance abuse has showed no barrier for him.

I honestly believe my brother can be rehabilitated. I am a strong believer of getting a second chance at life. In his past he has never had a solid support system because everyone was caught up in active daily use of substances. Today he has me and most of our family who are all Sober today.

I truly know that my brother is not a lost case. He does have a family who loves him. There was a time in our lives we didn't understand what unconditional love was until we too became Sober. We are here to support Geofredo and encourage a life of Recovery for him. I feel life was unfair for him because he never experienced having true support. It saddens me to see this happening to him when he was ready to change his life. It saddens me to see his two sons must grow up without a mother and now a father. I know today Geofredo has a better support system than he could ever imagine.

Thank You for your time in this matter.

LeVonna Graham