United States District Court
for the District of Montana

United States of America,
Respondent,

v.

Geofredo James Littlebird
Petitioner.

Case No.:

# Verified Motion for Leave to File Enclosed 28 U.S.C. §2255 Petition As Next Friend

(Under 28 U.S.C. §2242)

William J. Batton, acting as next friend incarcerated Petitioner pro se Mr. Geofredo James Littlebird, respectfully requests this Court grant him leave to file the enclosed Petition under 28 U.S.C. §2255 on Mr. Littlebird's behalf as he is restrained from filing due to circumstances of his incarceration, namely he is currently being held in segregation, separate from his legal files and records. To establish good cause for this motion Mr. Batton avers:

1. Mr. Batton is the senior inmate law clerk for FCI Sandstone, and as such one of his duties is to assist his fellow inmates with legal filings.

2. Starting in September of 2025, Mr. Littlebird started working with Mr. Batton on his concerns with the conviction and sentence being challenged.

3. Because Mr. Littlebird's potential issues required documentation and proof of prior plea offers, they worked on finding those documents. While attempting, through Mr. Littlebird's family members and direct letters, to obtain information from Mr. Littlebird's three defense attorneys.

4. Two of the three attorneys responded, one did not.

5. Both Mr. Littlebird and Mr. Batton waited until late February for supportive statements or documents from the prior attorney's and family members to arrive.

6. Due to Mr. Littlebird's not understanding the legal process and requirements of §2255 motions Mr. Batton worked closely with him to craft the two grounds of his 2255 and prepare Mr. Littlebird's Petition and Declaration in Support and its attachments.

7. Because there are close to 1,000 inmates housed at FCI Sandstone, Mr. Batton's schedule is always full. However, aware of the Statute of Limitations he worked diligently with Mr. Littlebird with what materials they had collected to date to write the Petition's grounds and prepare Mr. Littlebird declaration.

8. Because policy only allows inmates to help other inmates with legal matters in the law library using documents and files stored or brought to the law library. Mr. Littlebird stored all of his legal files in the law library, including the drafts of the petition.

9. During the week of March 1st, Mr. Littlebird was placed in segregation under investigation, and as of the evening of March 17th, 2026 has yet to be released.

10. Mr. Batton attempted the week of March 9th to find out: (a) if Mr. Littlebird would be released before his March 18th deadline; and (b) if not, could he send the petition and declaration in for signature and mailing out from the SHU. No staff was able to say whether Mr. Littlebird would be out in time, and Mr. Batton could not get a confirmation that he could send in the documents.

11. The two grounds raised, and the facts presented are derived from the notes of numerous conversations Mr. Batton had Mr. Littlebird had. Prior to his placement in the SHU Mr. Littlebird had approved the grounds and the issues raised, and intended to file the §2255 Motion the week of March 9th.

## Argument

Because Mr. Littlebird was unable to have his legal records and drafts while in segregation; and Mr. Batton was unable to get the finished documents to him for his signature and mailing to meet the deadline, Mr. Littlebird's circumstances are preventing him from filing a timely 28 U.S.C. §2255 that, if not filed now he will lose the opportunity to raise his concerns forever. See Petition at 18. Therefore, Mr. Littlebird is restrained from filing the Petition in a timely manner.

Because Mr. Batton has worked with Mr. Littlebird for over five months; and due to Mr. Batton's position as inmate law clerk policy permits him to assist Mr. Littlebird with such tasks. Mr. Batton is qualified to be a next friend in this situation.

## Relief

## Relief

Mr. Batton respectfully requests leave to file the included 28 U.S.C. §2255 Petition as Mr. Littlebird's next friend. As soon as Mr. Littlebird is released from segregation he will execute his Declaration and mail it to the court.

RESPECTFULLY SUBMITTED this 16TH day of March, 2026.

William "Bill" Batton
Next friend to Mr. Littlebird
28 U.S.C. §2242

## Verification

I, William "Bill" Batton, next friend to Mr. Littlebird, have read the contents of the foregoing the 11 factual paragraphs of my Motion for Leave. Said statements are true to the best of my knowledge and belief.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed under 28 U.S.C. §1746, on this 16TH day of March, 2026.

William "Bill" Batton

# Certificate of Service

I thereby certify that on this 17th day of March, 2026 I placed with staff noted below my first class, postage prepaid envelope addressed to:

United States District Court
for the District of Montana
2601 Second Avenue North
Suite 1200
Billings, MT, 59101-1377

RECEIVED

4/2/2026

Clerk, U.S. Courts
District of Montana
Billings Division

containing my **Verified Motion for Leave to File Enclosed 28 U.S.C. §2255 Petition as Next Friend** for outbound legal mail with:

☒ A.M. Legal Mail, or

☐ Unit Mail Box because a.m. legal mail was not available to me, specifically______________________________

Note: A.M. Legal mail is the designated legal mail system, but unit mail is used as the alternate mail drop as it is the regular institution mail.

**PLEASE NOTE:** In the interest of efficiency, the Clerk is respectfully requested to **SERVE**, via the ECF system, ALL PARTIES not listed above.

Further, I request the Court clerk **FILE** the included motions and documents under the "Prisoner Mailbox Rule" on the **DATE** noted above, pursuant Houston v. Lack, 478 U.S. 266, 267 (1988). Sworn as true and correct under pains and penalties of perjury. Executed on the above noted date under 28 U.S.C. §1746.

[signature]

William Batton