United States District Court
for the District of Montana

| | | |
|---|---|---|
| United States of America, Respondent, | ) | |
| | ) | Case No.: |
| v. | ) | |
| Gofredo Littlebird Petitioner. | ) | |

# Notice of Appearance of Gofredo Littlebird

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

**TAKE NOTICE** that, as of the date below, Gofredo Littlebird has appeared in this action pro se. Service of all pleadings, papers, and documents requires to be served in this action should be served on Gofredo Littlebird as follows:

Gofredo Littlebird Unit K-4
FCI Sandstone
PO Box 1000
Sandstone MN 55072
Special Mail: Open in presence of inmate only

Any correspondence not from the Clerk **must** list the name of the attorney on the envelope for the mail room to consider it legal mail and process it accordingly.

RESPECTFULLY SUBMITTED this 17th day of March 2026.

[signature] For, and as next friend of

Gofredo Littlebird
Petitioner pro se

## Certificate of Service

I thereby certify that on this 17TH day of March, 20 26 I placed with staff noted below my first class, postage prepaid envelope addressed to:

**United States District Court**
**for the District of Montana**
**2601 Second Avenue North**
**Suite 1200**
**Billings, MT, 59101-1377**

containing my **Notice of Appearance of Geofredo Littlebird**
for outbound legal mail with:

☒ A.M. Legal Mail, or

☐ Unit Mail Box because a.m. legal mail was not available to me, specifically________________________________

Note: A.M. Legal mail is the designated legal mail system, but unit mail is used as the alternate mail drop as it is the regular institution mail.

**PLEASE NOTE:** In the interest of efficiency, the Clerk is respectfully requested to **SERVE**, via the ECF system, ALL PARTIES not listed above.

Further, I request the Court clerk **FILE** the included motions and documents under the "Prisoner Mailbox Rule" on the **DATE** noted above, pursuant Houston v. Lack, 478 U.S. 266, 267 (1988). Sworn as true and correct under pains and penalties of perjury. Executed on the above noted date under 28 U.S.C. §1746.

[signature] For And As Next Friend of
Geofredo Littlebird