IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>vs.<br><br>GEOFREDO JAMES LITTLEBIRD, JR.,<br><br>Defendant/Movant. | Cause No. CR 22-149-BLG-SPW<br><br>ORDER |

This case comes before the Court on Defendant/Movant Littlebird's motion for leave to file a motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255. (Doc. 107.) The motion was prepared by William J. Batton, a senior inmate law clerk at FCI Sandstone, where Littlebird is presently incarcerated. Batton explains that he has been assisting Littlebird in preparation of the § 2255, but due to Littlebird's recent placement in segregation, Batton had been unable to obtain Littlebird's signature on the final document. (*Id.* at 2-3.) The following day, the Court received a signed affidavit from Littlebird, confirming the basis for his § 2255 motion. (Doc. 108.)

Accordingly, IT IS HEREBY ORDERED:

1. Littlebird's motion for leave to file his § 2255 motion (Doc. 107) is

GRANTED.

2. The Clerk of Court is instructed to refile the attachment to Littlebird's motion (Doc. 107-1) as the operative § 2255 motion in this matter.

3. The Court will proceed with prescreening Littlebird's § 2255 motion, pursuant to 28 U.S.C. §2255(b) and Rule 4(b), Rules Governing Section 2255 Proceedings for the United States District Courts.

DATED this 6th day of April, 2026.

Susan P. Watters
Susan P. Watters
United States District Court Judge