United States District Court
for the District of Montana
Billings Division

OCT 26 2026

Clerk, U.S. Courts
District of Montana
Missoula Division

United States of America,
Plaintiff/Respondent,

v.

Geofredo James Littlebird, Jr.
Defendant/Movant.

Case No.: cr 22-149-BLG-SPW

Movant's Motion Leave for an Enlargement Time to Respond to the Court's Sept 4, 2026 Order

Movant pro se Geofredo J. Littlebird respectfully requests this Court allow him and additional 45 days to respond to its September 9th Order to file additional material supporting the First Ground of his §2255 Motion. In support Littlebird states:

1. Littlebird initiated a timely post conviction proceeding by filing a motion under 28 U.S.C. § 2255. Doc. 107. In its Sept. 4th Order this Court required him to provide supplemental documents on or before October 19, 2026. See Doc. 111 at 3. Movant received the order on September 11th, 2026 via regular unit mail as the institution's mailroom did not treat the mailing as legal mail.

2. Mr. Littlebird believes the plea agreement at issue here should be in the possession of his second attorney Lisa Bazant based on a conversation between Lisa and Littlebird's sister. Doc. 107 at 5; 108 at 3-4.

3. Within a few days of receiving the court's order to provide the plea agreement at issue, Movant sent a certified return receipt letter to the address he had for Ms. Bazant (PO Box 1832, Billings,

MT 59103). See Certified Article ID: 9589 0710 5270 2899 9246

24. To date, Littlebird has not heard from Attorney Bazant. When family checked the U.S.P.S. tracking, two weeks ago, it showed the letter was waiting pickup.

4. Movant requests the additional time to allow Ms. Bazant time to respond; or in the alternative if she does not, the time will be used by Mr. Littlebird to provide additional material in support of his claim regarding the existence of a binding plea that would have him serving at least five years less than the subsequent executed plea.

5. The law library is the only area at the prison where prisoner's can access electronic law library to perform legal research, have help from inmate clerks, and store their legal documents so those helping them can access the documents.

6. The extra time is needed due to mailing delays, staff shortages and unplanned staff augmentation all of which reduce access to the law library, and the resources there in.

7. No party will be harmed by the delay.

Movant respectfully requests he be allowed to file his response to the Court's September 4th Order on or before November 3rd, 2026.

RESPECTFULLY SUBMITTED this 15 day of October, 2026.

Geofredo J. Littlebird, Jr.
Movant pro se

# Certificate of Service

I thereby certify that on this 15 day of Oct, 2026 I placed with staff noted below my first class, postage prepaid envelope addressed to:

Clerk of Court
U.S. District Court for
District of Montana
P.O. Box 8507
Missoula, MT 59807

containing my Movant's Motion for Extension for outbound legal mail with:

☐ A.M. Legal Mail, or

☐ Unit Mail Box because a.m. legal mail was not available to me, specifically ______

Note: A.M. Legal mail is the designated legal mail system, but unit mail is used as the alternate mail drop as it is the regular institution mail.

**PLEASE NOTE:** In the interest of efficiency, the Clerk is respectfully requested to **SERVE**, via the ECF system, ALL PARTIES not listed above.

Further, I request the Court clerk **FILE** the included motions and documents under the "Prisoner Mailbox Rule" on the **DATE** noted above, pursuant Houston v. Lack, 487 U.S. 266, 267 (1988). Sworn as true and correct under pains and penalties of perjury. Executed on the above noted date under 28 U.S.C. §1746.

Geofredo J. Littlebird