IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>vs.<br><br>GEOFREDO JAMES LITTLEBIRD, JR.,<br><br>Defendant/Movant. | Cause No. CR 22-149-BLG-SPW<br><br>ORDER |

Pending before the Court is a 28 U.S.C. § 2255 Motion to Vacate Judgment filed by Geofredo James Littlebird Jr. ("Littlebird"). *See*, (Docs. 107-1 & 110) Littlebird challenges the 195-month Bureau of Prisons sentence that he received in this Court on March 5, 2025.

On September 4, 2026, an order was entered directing Littlebird to provide a copy of a plea agreement that he referenced in his § 2255 filings. *See*, (Doc. 111.) Littlebird was given 45 days within which to provide this documentation. He was advised that if he failed to timely do so, the Court would continue with the prescreening of his petition. (*Id.*)

On October 26, 2026, Littlebird filed a motion seeking additional time to file the requested documents. (Doc. 112.) Littlebird explains he has contacted one of his prior attorneys, Lisa Bazant, by mail in an effort to obtain the purported documents. (*Id.* at 1.) Littlebird believes Ms. Bazant may have the items sought,

based upon a prior conversation between Littlebird's sister and Ms. Bazant. Littlebird also explains that he needs additional time to research his claims in the prison law library. (*Id.* at 1-2.). Littlebird's request is reasonable and will be granted.

Accordingly, IT IS ORDERED:

1. Littlebird's motion for extension (Doc. 111) is GRANTED. Within **45 days** of this Order, Littlebird may respond by filing a copy of the plea agreement referenced in his filings and/or any additional documentation he wishes the Court to consider.

2. If no additional documents are provided within the time provided, the Court will continue with prescreening of Littlebird's motion. Littlebird is advised that the Court is not inclined to grant future extensions, absent good cause shown.

Littlebird must immediately notify the Court of any change in his mailing address by filing a "Notice of Change of Address." Failure to do so may result in dismissal of his case without notice to him.

DATED this 28th day of October, 2026.

Susan P. Watters
Susan P. Watters
United States District Court Judge